UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 4WALL LAS VEGAS, INC., a Nevada corporation, | |
| Plaintiff, | No. Civ S-12-2746 KJM KJN |
| v. | |
| MARK TRIEBWASSER, an individual and dba Stage 1, Inc.,;STAGE 1, INC., a California corporation; and DOES 1 through 50, inclusive, | |
| Defendants. | ORDER |
| _____/ | |
| STAGE 1, INC., a California corporation, and MARK TRIEBWASSER, an individual, | |
| Counterclaimants, | |
| v. | |
| MICHAEL COANNON, an individual; 4WALL LAS VEGAS, INC., a Nevada corporation, and DOES 1 through 100, inclusive, | |
| Counterdefendants. | |
| _____/ | |

////

1

1    Each of the parties in the above-captioned case have filed a "Consent to Proceed Before a United States Magistrate Judge." <u>See</u> 28 U.S.C. §636(a)(5) and (c). According to E.D. Cal. R. 305, both the district court judge assigned to the case and the magistrate judge must approve the reference to the magistrate judge.

The undersigned has reviewed the file herein and recommends that the above-captioned case be reassigned and referred to the magistrate judge for all further proceedings and entry of final judgment.

IT IS HEREBY ORDERED that the Clerk of the Court reassign this case to the Honorable Kendall J. Newman. The parties shall please take note that all documents hereafter filed with the Clerk of the Court shall bear case No. Civ. S-12-2746 KJN. All currently scheduled dates presently set before Judge Mueller are hereby **VACATED**. The hearing on plaintiff's application for writ of possession is hereby reset before Magistrate Judge Newman for February 14, 2013 at 10:00 a.m. in courtroom no. 25.

IT IS SO ORDERED.

DATED: February 13, 2013.

_____
UNITED STATES DISTRICT JUDGE

Having also reviewed the file, I accept reference of this case for all further proceedings and entry of final judgment.

DATED: February 14, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE