IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

4WALL LAS VEGAS, INC.,

     Plaintiff,                    No. 2:12-cv-2746 KJN

     v.

MARK TRIEBWASSER, et al.,

     Defendants.              <u>ORDER</u>

/

On February 14, 2013, plaintiff 4Wall Las Vegas, Inc.'s application for a writ of possession came before the undersigned for hearing. (Dkt. No. 12, 28.)[1]  Hank Burgoyne appeared on behalf of plaintiff and Nicholas Yonano appeared on behalf of defendants Mark Triebwasser and Stage 1, Inc.  For the reasons stated on the record at the hearing, IT IS HEREBY ORDERED that:

     1.  Within seven (7) days of the date of this order, plaintiff shall file an appropriate declaration attaching a complete version of Exhibit C [the "Out Contract"] to the Declaration of Michael Cannon filed along with plaintiff's reply brief in support of the

---

[1] All parties consented to the jurisdiction of a United States magistrate judge pursuant to 28 U.S.C. § 636(c) (dkt. nos. 8, 25, 26), and the action was referred to the undersigned for all further proceedings and entry of final judgment. (Dkt. No. 27.)

application for writ of possession (Dkt. No. 16 at 26-29), including the terms and conditions on the reverse side referenced in plaintiff's briefing.

  2. Within seven (7) days of the date of this order, plaintiff shall also file a supported assessment of the amount of the undertaking the court should impose on defendants pursuant to Cal. Civ. Proc. Code §§ 515.010(b), 515.020(b), in the event that the court grants plaintiff's application for a writ of possession and determines that defendants have no interest in the property.

  3. Defendants shall file any response to these filings within seven (7) days of service with the above-mentioned filings.

  4. Defendants shall not destroy, dissipate, convey, or otherwise relocate the property at issue, except for the purposes of short-term rentals or leases to third parties in the ordinary course of defendants' business.

  IT IS SO ORDERED.

DATE: February 14, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE