BURGOYNE LAW GROUP
Henry M. Burgoyne, III (SBN 203748)
Joseph Chun (SBN 240208)
870 Market Street, Suite 422
San Francisco, CA 94102
Telephone: (415) 795-4070
Fax: (415) 680-2335
Hank@BurgoyneLawGroup.com

LAW OFFICES OF JOHN A. BIARD
Craig D. Trippel (SBN 96227)
11070 White Rock Road, Suite 200
Rancho Cordova, CA 95670
Telephone: (916) 638-6610
Fax: (855) 631-5920
ctrippel@travelers.com

Attorneys for Plaintiff 4Wall Las Vegas, Inc. and Counterdefendants Michael Cannon and 4Wall Enterprises, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| 4WALL LAS VEGAS, INC., a Nevada corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>MARK TRIEBWASSER, an individual and *dba* Stage 1, Inc.; STAGE 1, INC., a California corporation; and DOES 1 through 50, inclusive,<br><br>            Defendants.<br>-------------------------------------------------------<br>STAGE 1, INC., a California corporation, and MARK TRIEBWASSER, an individual,<br><br>            Counterclaimants,<br><br>    v.<br><br>MICHAEL CANNON, an individual; 4WALL ENTERPRISES, INC., a Nevada corporation, and DOES 1 through 100, inclusive,<br>            Counterdefendants. | CASE NO. 2:12-CV-02746-KJN<br><br>Action Filed: November 6, 2012<br><br>**STIPULATION AND ORDER FOR REDACTION OF CONFIDENTIAL INFORMATION RE SETTLEMENT AGREEMENT**<br><br>**Judge: Hon. Kendall J. Newman** |

Case No.: 2:12-cv-02746-KJN                                STIPULATION AND [PROPOSED] ORDER FOR
                                                                                     REDACTION OF CONFIDENTIAL INFORMATION
                                                                                     RE SETTLEMENT AGREEMENT

1

1   Plaintiff 4Wall Las Vegas, Inc., and Counterdefendants Michael Cannon and 4Wall
2   Enterprises, Inc. (collectively with Plaintiff 4Wall Las Vegas, Inc., "Plaintiffs"), and Defendants
3   Mark Triebwasser, an individual and *dba* Stage 1, Inc., and Stage 1, Inc. (collectively
4   "Defendants"), file this Stipulation and Proposed Order requesting the redaction of the terms of
5   the parties' confidential settlement agreement ("Agreement") as discussed on the record during
6   the Court and parties' settlement conference held on July 17, 2013.

**RECITALS**

1. On July 17, 2013, the Court held a settlement conference in this matter.
2. During that settlement conference, the parties reached an Agreement resolving this matter, the terms of which Agreement the Court and parties memorialized on the record, which record was later reduced to writing in the form of a transcript (the "Transcript").
3. As part of the Agreement, and with the consent of the Court, the parties agreed that the terms of the Agreement were to remain confidential as between the parties.
4. Were the Transcript to be made a part of the Court's public files, the confidentiality of the Agreement's terms would be compromised.
5. The parties have met and conferred regarding a procedure for protecting the confidentiality of the Agreement's terms, and have agreed to request redaction from the publicly available version of the Transcript of those portions reflecting the specifics of the Agreement.
6. The parties agree that the portions of the Transcript reflecting the terms of the Agreement, and which therefore should be redacted, are as follows: 3:5-14:5; 15:10-17:25; 18:22-25; 20:2-22; 21:1-25; 22:1-2; 22:10-17; 23:12-16; and 24:11-17.
7. A copy of the Transcript containing the proposed redactions is filed herewith and attached hereto as **Exhibit A**.

**STIPULATION**

Accordingly, the parties STIPULATE as follows:

1. The following portions of the Transcript should be redacted so as to protect the confidentiality of the Agreement's terms:  3:5-14:5; 15:10-17:25; 18:22-25; 20:2-22;

1  21:1-25; 22:1-2; 22:10-17; 23:12-16; and 24:11-17.

2      2.    The parties hereby jointly request that the Court order the redaction of the
3  Transcript as requested by the parties.

5  Dated: August 16, 2013          BURGOYNE LAW GROUP

7  By:   /s/Henry M. Burgoyne, III_____
       Henry M. Burgoyne, III
8  *Attorney for Plaintiff 4Wall Las Vegas, Inc. and Counterdefendants Michael Cannon and 4Wall Enterprises, Inc.*

11  **PURSUANT TO THE ABOVE STIPULATION, AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

13  Dated:  August 21, 2013

                                                 /s/ Kendall J. Newman
                                                 KENDALL J. NEWMAN
                                                 UNITED STATES MAGISTRATE JUDGE

Case No.: 2:12-CV-02746-KJN        STIPULATION AND [PROPOSED] ORDER FOR REDACTION OF CONFIDENTIAL INFORMATION RE SETTLEMENT AGREEMENT

3

**CERTIFICATE OF SERVICE**

I, Henry M. Burgoyne, III, hereby certify that on August 16, 2013, I served the following documents by electronic means on the parties listed below:

**STIPULATION AND [PROPOSED] ORDER FOR REDACTION OF CONFIDENTIAL INFORMATION RE SETTLEMENT AGREEMENT**

Attorney for Defendants and Counterclaimants:

Nicholas D. Yonano, Esq.
YONANO LAW OFFICES, P.C.
4944 Windplay Drive, Suite 119
El Dorado Hills, CA 95762
Tel: 916-817-4422
Fax: 916-817-4433
nick@yonanolaw.com

Dated: August 16, 2013                    BURGOYNE LAW GROUP

By:___/s/Henry M. Burgoyne, III_____
     Henry M. Burgoyne, III
*Attorney for Plaintiff 4Wall Las Vegas, Inc. and Counterdefendants Michael Cannon and 4Wall Enterprises, Inc.*

Case No.: 2:12-CV-02746-KJN              STIPULATION AND [PROPOSED] ORDER FOR REDACTION OF CONFIDENTIAL INFORMATION RE SETTLEMENT AGREEMENT

4