BURGOYNE LAW GROUP
Henry M. Burgoyne, III (SBN 203748)
Joseph Chun (SBN 240208)
870 Market Street, Suite 422
San Francisco, CA 94102
Telephone: (415) 795-4070
Fax: (415) 680-2335
Hank@BurgoyneLawGroup.com

LAW OFFICES OF JOHN A. BIARD
Craig D. Trippel (SBN 96227)
11070 White Rock Road, Suite 200
Rancho Cordova, CA 95670
Telephone: (916) 638-6610
Fax: (855) 631-5920
ctrippel@travelers.com

Attorneys for Plaintiff 4Wall Las Vegas, Inc. and Counterdefendants Michael Cannon and 4Wall Enterprises, Inc.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| 4WALL LAS VEGAS, INC., a Nevada corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>MARK TRIEBWASSER, an individual and *dba* Stage 1, Inc.; STAGE 1, INC., a California corporation; and DOES 1 through 50, inclusive,<br><br>  Defendants.<br>------------------------------------------------------<br>STAGE 1, INC., a California corporation, and MARK TRIEBWASSER, an individual,<br><br>  Counterclaimants,<br><br>  v.<br><br>MICHAEL CANNON, an individual; 4WALL ENTERPRISES, INC., a Nevada corporation, and DOES 1 through 100, inclusive,<br>  Counterdefendants. | CASE NO. 2:12-CV-02746-KJN<br><br>Action Filed: November 6, 2012<br><br>**STIPULATION OF DISMISSAL AND ORDER** |

Case No.: 2:12-cv-02746-KJN                          STIPULATION OF DISMISSAL AND [PROPOSED] ORDER

1

1   Plaintiff 4Wall Las Vegas, Inc. and Counterdefendants Michael Cannon and 4Wall
2 Enterprises, Inc. (collectively "Plaintiffs"), and Defendants Mark Triebwasser and Stage 1, Inc.,
3 by and through their respective undersigned attorneys, hereby stipulate to dismissal with
4 prejudice of the complaint in this action and the counterclaims in this action (collectively, the
5 "Action") pursuant to Fed. R. Civ. P. 41(2), and subject to the terms and conditions of the
6 parties' Settlement Agreement.  Per agreement of the parties, each party is to bear its own costs
7 and attorneys' fees incurred in connection with the Action.

8   The parties further hereby stipulate to respectfully request that the Court retain
9 jurisdiction over the Action as necessary to enforce the Settlement Agreement.

Respectfully submitted,

FOR PLAINTIFF
4WALL LAS VEGAS, INC. AND
COUNTERDEFENDANTS
MICHAEL CANNON AND
4WALL ENTERPRISES, INC.

Henry M. Burgoyne, III

By:___/s/Henry M. Burgoyne, III_____
    Henry M. Burgoyne, III
    Burgoyne Law Group
*Attorney for Plaintiff 4Wall Las Vegas, Inc. and Counterdefendants Michael Cannon and 4Wall Enterprises, Inc.*

Dated: August 16, 2013

FOR DEFENDANTS AND
COUNTERCLAIMANTS
MARK TRIEBWASSER AND
STAGE 1, INC.

Nicholas D. Yonano

By:___/s/Nicholas D. Yonano_____
    Nicholas D. Yonano
    Yonano Law Offices
*Attorney for Defendants and Counterclaimants Mark Triebwasser and Stage 1, Inc.*

Dated: August 16, 2013

   **IT IS SO ORDERED.**  The above titled action shall be dismissed with prejudice.  The Court shall retain jurisdiction over this matter as necessary to enforce the parties' Settlement Agreement.
Dated:  August 21, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

# **CERTIFICATE OF SERVICE**

I, Henry M. Burgoyne, III, hereby certify that on August 16, 2013, I served the following documents by electronic means on the parties listed below:

**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**

Attorney for Defendants and Counterclaimants:

Nicholas D. Yonano, Esq.
YONANO LAW OFFICES, P.C.
4944 Windplay Drive, Suite 119
El Dorado Hills, CA 95762
Tel: 916-817-4422
Fax: 916-817-4433
nick@yonanolaw.com

Dated: August 16, 2013                    BURGOYNE LAW GROUP


By:___/s/Henry M. Burgoyne, III_____
         Henry M. Burgoyne, III
*Attorney for Plaintiff 4Wall Las Vegas, Inc. and Counterdefendants Michael Cannon and 4Wall Enterprises, Inc.*