1
2
3
4
5
6
7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   4WALL LAS VEGAS, INC.,                     No.  2:12-cv-2746-KJN

12                  Plaintiff,

13        v.                                    ORDER

14   MARK TRIEBWASSER, et al.,

15                  Defendants.

16

17        At a July 17, 2013 settlement conference, the parties to this now-closed action reached a

18   verbal settlement agreement, which included the contemplated execution of a stipulated judgment

19   to be filed by plaintiff only if defendants did not comply with their obligations pursuant to the

20   settlement agreement.  (ECF No. 70 at 29.)  The parties ultimately executed a formal settlement

21   agreement and filed a stipulation for dismissal of the action with prejudice, whereupon the case

22   was dismissed with prejudice and closed.  (ECF Nos. 67, 69.)

23        Thereafter, on October 2, 2013, plaintiff filed a "Notice of Entry of Judgment or Order,"

24   as well as a "Stipulated Judgment and Proposed Order."  (ECF Nos. 71, 72.)  These filings

25   request the court to approve the parties' proposed stipulated judgment, and the proposed order

26   section contains proposed language to set a briefing schedule as to further contempt proceedings.

27        The court denies plaintiff's request to approve and enter the stipulated judgment without

28   prejudice for the following two reasons.  First, if plaintiff desires to have the court approve the

                                              1

1  stipulated judgment, it shall first submit a declaration under penalty of perjury from an

2  appropriate person providing at least some factual showing as to how the settlement agreement

3  was violated by defendants.  Second, the court is not inclined to embark on extensive contempt

4  proceedings and further briefing schedules in this already-closed case.  The purpose of the

5  stipulated judgment provision was to allow plaintiff, in the event of a breach of the settlement

6  agreement, to have a judgment that plaintiff could then independently enforce through appropriate

7  judgment enforcement mechanisms.

8          Accordingly, the court denies plaintiff's request to approve and enter the stipulated

9  judgment, but without prejudice to plaintiff re-submitting that request in accordance with this

10  order.[1]

11          IT IS SO ORDERED.

12  Dated:  October 7, 2013

13

14                                                          _____
                                                            KENDALL J. NEWMAN
15                                                          UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26  _____

27  [1] For example, in additional to submitting an appropriate declaration regarding breach of the
    settlement agreement, plaintiff may wish to simply submit the proposed stipulated judgment
    between the parties (without the current additional "proposed order section"), followed by an
28  order clause, such as "APPROVED AND SO ORDERED."