BURGOYNE LAW GROUP
Henry M. Burgoyne, III (SBN 203748)
870 Market Street, Suite 422
San Francisco, CA 94102
Telephone: (415) 795-4070
Fax: (415) 680-2335
Hank@BurgoyneLawGroup.com

LAW OFFICES OF JOHN A BIARD
Craig D. Trippel (SBN 96227)
11070 White Rock Road, Suite 200
Rancho Cordova, CA 95670
Telephone: (916) 638-6610
Fax: (855) 631-5920
ctrippel@travelers.com

Attorneys for Plaintiff 4Wall Las Vegas, Inc. and
Counterdefendants Michael Cannon and 4Wall
Enterprises, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| 4WALL LAS VEGAS, INC., a Nevada corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>MARK TRIEBWASSER, an individual and *dba* Stage 1, Inc.; STAGE 1, INC., a California corporation; and DOES 1 through 50, inclusive,<br><br>            Defendants.<br>--------------------------------------------------------<br>STAGE 1, INC., a California corporation, and MARK TRIEBWASSER, an individual,<br><br>            Counterclaimants,<br><br>    v.<br><br>MICHAEL CANNON, an individual; 4WALL ENTERPRISES, INC., a Nevada corporation, and DOES 1 through 100, inclusive,<br><br>            Counterdefendants. | CASE NO. 2:12-CV-02746-KJN<br><br>**NOTICE OF REQUEST AND REQUEST TO SEAL DOCUMENTS AND ORDER**<br><br>**(U.S.D.C. LOCAL RULES 141)** |

**TO THE HONORABLE KENDALL J. NEWMAN, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff 4Wall Las Vegas, Inc.'s ("Plaintiff"), by and through its counsel, Henry M. Burgoyne of the Burgoyne Law Group, hereby request that the Declaration of Henry M. Burgoyne, III in Support of Filing of Stipulated Judgment Against Defendants ("Burgoyne Decl.") and Exhibits A-F thereto be filed <u>under seal</u> with the Court.

The reason for this request is the inclusion in the Burgoyne Declaration and the exhibits thereto of confidential information regarding the parties' settlement agreement. As the Court is aware, the Court held a settlement conference on July 17, 2013. During that settlement conference, the parties reached an agreement (the "Agreement") resolving this matter, the terms of which agreement the Court and parties memorialized on the record, which record was later reduced to a written transcript (the "Transcript"). As part of the Agreement, and with the consent of the Court, the parties agreed that the terms of the Agreement were to remain confidential as between the parties. The parties reaffirmed their desire that the Agreement remain confidential in the parties' written settlement agreement (the "Written Settlement Agreement"), a copy of which is attached to the Burgoyne Decl. as Exhibit A. (See Paragraph 10, requiring that "the terms of this Settlement Agreement, including as reflected in the transcript of the parties' settlement conference with the Court, shall be kept strictly confidential, and shall not be disclosed, divulged or published, directly or indirectly, without the prior consent as expressed in a physical writing of every other party"). In recognition of the interests served by maintaining the confidentiality of the Agreement, on August 21, 2013 the Court entered an order (the "Order") that those portions of the Transcript reflecting the Agreement be redacted from the version made available to the public. Were the Burgoyne Decl. and the exhibits thereto made public, the confidentiality of the Agreement would be irretrievably compromised, in frustration of the parties' agreement and the Order.

The documents that Plaintiff seeks to seal are:

1. The Burgoyne Decl.

2. Exhibit A to the Burgoyne Decl., comprising the Written Settlement

1  Agreement minus exhibits; and

2         3.     Exhibit B-F to the Burgoyne Decl., comprising correspondence between

3  the parties' regarding Defendants' breach of the Agreement.

4      The only persons whom should be permitted access to the documents to be sealed

5  pursuant to this order are Court personnel and the parties to this action.  Consistent with Local

6  Rule 141, the notice and request to seal are hereby lodged with this Court, satisfying the Court's

7  rules and direction, and including satisfactorily service on all parties as outlined in the above-

8  mentioned rule.  The total number of pages sought to be sealed by Plaintiff, including the

9  Burgoyne Decl., is 33 (pages 1-33).  All such pages, including the Burgoyne Decl., have been

10 numbered consecutively as required by rule 141.

13 Dated: October 15, 2013             BURGOYNE LAW GROUP

                                              By:___/s/Henry M. Burgoyne, III_____
                                               Henry M. Burgoyne, III
                                              *Attorney for Plaintiff 4Wall Las Vegas, Inc. and*
                                              *Counterdefendants Michael Cannon and 4Wall*
                                              *Enterprises, Inc.*

18                                             ************

19                                             **ORDER**

20     Good cause appearing,

21     **IT IS HEREBY ORDERED** that the Declaration of Henry M. Burgoyne, III in Support

22 of Filing of Stipulated Judgment Against Defendants and Exhibits A-F thereto (ECF No. 76)

23 shall be filed under seal as requested by Plaintiff 4Wall Las Vegas, Inc.

24 **DATED:  OCTOBER 17, 2013**

                                                _/s/ Kendall J. Newman_____
                                               KENDALL J. NEWMAN
                                             UNITED STATES MAGISTRATE JUDGE