BURGOYNE LAW GROUP
Henry M. Burgoyne, III (SBN 203748)
Joseph Chun (SBN 240208)
870 Market Street, Suite 422
San Francisco, CA 94102
Telephone: (415) 795-4070
Fax: (415) 680-2335
Hank@BurgoyneLawGroup.com

LAW OFFICES OF JOHN A. BIARD
Craig D. Trippel (SBN 96227)
11070 White Rock Road, Suite 200
Rancho Cordova, CA 95670
Telephone: (916) 638-6610
Fax: (855) 631-5920
ctrippel@travelers.com

Attorneys for Plaintiff 4Wall Las Vegas, Inc. and Counterdefendants Michael Cannon and 4Wall Enterprises, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| 4WALL LAS VEGAS, INC., a Nevada corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>MARK TRIEBWASSER, an individual and *dba* Stage 1, Inc.; STAGE 1, INC., a California corporation; and DOES 1 through 50, inclusive,<br><br>            Defendants.<br>--------------------------------------------------------<br>STAGE 1, INC., a California corporation, and MARK TRIEBWASSER, an individual,<br><br>            Counterclaimants,<br><br>    v.<br><br>MICHAEL CANNON, an individual; 4WALL ENTERPRISES, INC., a Nevada corporation, and DOES 1 through 100, inclusive,<br>            Counterdefendants. | CASE NO. 2:12-CV-02746-KJN<br><br>Action Filed: November 6, 2012<br><br>**STIPULATED JUDGMENT AND ORDER** |

This Stipulated Judgment is entered into by and between Plaintiff 4Wall Las Vegas, Inc. ("4Wall") and Counterdefendants Michael Cannon and 4Wall Enterprises, Inc. (collectively with 4Wall Las Vegas, Inc., "Plaintiffs"), and Defendants Mark Triebwasser and Stage 1, Inc. (collectively "Defendants"), to resolve the civil claims set forth in the complaint and counterclaims. Plaintiffs and Defendants are hereafter jointly referred to as the "parties."

IT IS HEREBY STIPULATED by and between the parties that:

1. In accordance with the parties' August 16, 2013 Settlement Agreement, judgment shall be entered against Defendants jointly and severally and in favor of Plaintiffs. The amount of the judgment shall be $104,678.04 ($111,678.04 minus $7,000.00, the sum of all payments previously made by Defendants to Plaintiffs pursuant to Section 2 of the Settlement Agreement), plus interests thereafter at the applicable legal post-judgment rate.

2. Defendants shall be found in civil contempt of court for failing to return the Equipment (as defined in the Court's March 8, 2013 Order [Dck. No. 33]) as required by the Court's March 8 Order, and for failing to cooperate with 4Wall in 4Wall's attempt to execute the writ of possession as required by the Court's April 5, 2013 Order [Dck. No. 41]. Defendants hereby admit to violating the Court's March 8 Order and April 5 Order as set forth in this Paragraph 2. Furthermore, Defendants hereby consent and agree to the finding of civil contempt described in this Paragraph 2, and hereby represent and warrant that a factual basis for such finding exists, and hereby waive any and all objections, challenges and/or defenses to such finding of civil contempt.

3. No later than seven days after entry of this Stipulated Judgment, Defendants shall return to 4Wall at 4Wall's Nevada place of business the Retained Equipment as identified in Exhibit A to the parties' Settlement Agreement. Defendants' failure to timely return the Retained Equipment as required by this Stipulated Judgment shall subject Defendants to a finding of civil contempt of court.

4. Other than as specified in the Settlement Agreement, the parties each shall bear their own attorneys' fees and costs incurred in connection with the filing and entry of this Stipulated Judgment.

5.  Each of the signatories to this Stipulated Judgment represents that he or she has the full power and authority (without further approval or consent) to enter into this Stipulated Judgment and to bind the parties as set forth herein.

                Respectfully submitted,

FOR PLAINTIFF
4WALL LAS VEGAS, INC. AND COUNTERDEFENDANTS MICHAEL CANNON AND 4WALL ENTERPRISES, INC.

Henry M. Burgoyne, III

By:___/s/Henry M. Burgoyne, III_____
   Henry M. Burgoyne, III
   Burgoyne Law Group
*Attorney for Plaintiff 4Wall Las Vegas, Inc. and Counterdefendants Michael Cannon and 4Wall Enterprises, Inc.*

Dated: October 15, 2013


FOR DEFENDANTS AND COUNTERCLAIMANTS MARK TRIEBWASSER AND STAGE 1, INC.

Nicholas D. Yonano

By:___/s/Nicholas D. Yonano_____
   Nicholas D. Yonano
   Yonano Law Offices
*Attorney for Defendants and Counterclaimants Mark Triebwasser and Stage 1, Inc.*

Dated: October 15, 2013


**APPROVED AND SO ORDERED.  The Clerk of Court shall enter judgment in accordance with this stipulated judgment and order.**

Dated:  October 17, 2013

                _____
                KENDALL J. NEWMAN
                UNITED STATES MAGISTRATE JUDGE

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

I, Henry M. Burgoyne, III, hereby certify that on October 15, 2013, I served the following documents by electronic means through the Courts ECF (Electronic Case Filing) system, by email to nick@yonanolaw.com, ctrippel@travelers.com and mark@stage1sac.com and by U.S. Mail on the parties listed below:

**STIPULATED JUDGMENT AND ORDER**

| Attorney for Defendants and Counterclaimants: | Defendants: |
|---|---|
| Nicholas D. Yonano, Esq.<br>YONANO LAW OFFICES, P.C.<br>4944 Windplay Drive, Suite 119<br>El Dorado Hills, CA 95762<br>Tel: 916-817-4422<br>Fax: 916-817-4433<br>nick@yonanolaw.com | Mark Triebwasser<br>612 Figueroa Street, Unit B<br>Folsom, CA 95630<br>mark@stage1sac.com |
| Attorney for Counterdefendants:<br><br>LAW OFFICES OF JOHN A. BIARD<br>Craig D. Trippel (SBN 96227)<br>11070 White Rock Road, Suite 200<br>Rancho Cordova, CA 95670<br>Telephone: (916) 638-6610<br>Fax: (855) 631-5920<br>ctrippel@travelers.com | Stage 1, Inc.<br>Mark Triebwasser<br>612 Figueroa Street, Unit B<br>Folsom, CA 95630<br>mark@stage1sac.com |

Dated: October 15, 2013

BURGOYNE LAW GROUP

By:___/s/Henry M. Burgoyne, III_____
Henry M. Burgoyne, III
*Attorney for Plaintiff 4Wall Las Vegas, Inc. and Counterdefendants Michael Cannon and 4Wall Enterprises, Inc.*