UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 4WALL LAS VEGAS, INC., | No. 2:12-cv-2746-KJN |
| Plaintiff, | |
| v. | ORDER |
| MARK TRIEBWASSER, et al., | |
| Defendants. | |

On October 17, 2013, this court entered a stipulated judgment in favor of plaintiff 4Wall Las Vegas, Inc. and counterdefendants Michael Cannon and 4Wall Enterprises, Inc. (collectively, "plaintiffs") and against defendants Mark Triebwasser and Stage 1, Inc. (collectively, "defendants"). (ECF Nos. 78, 79.) Additionally, on November 12, 2013, the Clerk of Court issued a writ of execution of a money judgment. (ECF No. 82.)

Thereafter, on January 13, 2014, plaintiffs filed two California Judicial Council forms – a "Notice of Opposition to Claim of Exemption" and a "Notice of Hearing on Claim of Exemption." (ECF Nos. 83, 84.) Although the forms are not supported by any briefing, it appears that plaintiffs have sought to levy on a certain bank account(s) owned by defendants/judgment debtors, and that defendants/judgment debtors have filed a claim of exemption of the bank account(s) around December 30, 2013. (Id.) Plaintiffs oppose the claim of exemption, and have noticed a hearing on the claim of exemption for January 30, 2014. (Id.)

1    Because the court desires further briefing on the matter, the court finds it appropriate to
2 continue the hearing and set a special briefing schedule.
3    Accordingly, IT IS HEREBY ORDERED that:
4    1. The January 30, 2014 hearing on the claim of exemption is VACATED and
5       CONTINUED to Thursday February 13, 2014, at 10:00 a.m., in Courtroom No. 25
6       before the undersigned.
7    2. No later than January 23, 2014, plaintiffs shall file and serve a brief of no more than
8       five (5) pages addressing (a) the necessary background facts with respect to plaintiffs'
9       judgment enforcement efforts and the specific bank accounts at issue; (b) the claim of
10      exemption filed by defendants/judgment debtors (attaching, if possible, a copy of the
11      claim of exemption); and (c) why the claim of exemption is not valid based on
12      applicable law.  Plaintiffs shall also simultaneously file on the docket a proposed order
13      regarding the particular relief requested for the court's consideration.  A Word version
14      of the proposed order shall be sent to kjnorders@caed.uscourts.gov.
15   3. No later than February 6, 2014, defendants/judgment debtors may file a written
16      response of no more than five (5) pages to plaintiffs' brief.
17   4. Plaintiffs shall promptly provide notice of this order and the rescheduled hearing to all
18      appropriate parties.
19   5. The Clerk of Court shall also serve a copy of this order on defendants/judgment
20      debtors Mark Triebwasser and Stage 1, Inc. at 612 Figueroa Street, Unit B, Folsom,
21      CA 95630.
22   IT IS SO ORDERED.
23 Dated:  January 16, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE